| | |
|---|---|
| 1 | Kathleen C. Jeffries (State Bar #110362) |
| 2 | kjeffries@scopelitis.com |
|   | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP |
| 3 | 2 North Lake Avenue, Suite 560 |
|   | Pasadena, California 91101 |
| 4 | Telephone: (626) 795-4700 |
|   | Facsimile:  (626) 795-4790 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | HERCULES FORWARDING INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALEH SPORTSWEAR, INC. D/B/A DENIM EXCHANGE, a California corporation, | ) | Case No. 2:23-cv-01366-PA-AS |
| | ) | |
| | ) | ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE |
| Plaintiff, | ) | |
| | ) | Trial Date:        March 26, 2024 |
| v. | ) | Time:                      9:00 a.m. |
| | ) | Place:              Courtroom 9A |
| HERCULES FORWARDING, INC., a California corporation; and DOES 1 to 100, inclusive, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the stipulation by and between the parties hereto, plaintiff Saleh Sportswear, Inc. d/b/a Denim Exchange and defendant Hercules Forwarding Inc., by and through their respective counsel of record, and the facts that a settlement agreement has been reached between the parties for full resolution of this action and that the terms of the settlement agreement have been satisfied:

/ / /

/ / /

/ / /

/ / /

1

ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE

1     IT IS HEREBY ORDERED that the entire case is dismissed with prejudice,
2 with each party to bear its own costs and attorneys' fees.

5 Dated: June 8, 2023      _____
                                                      Percy Anderson
                                             United States District Judge

4858-6346-3785, v. 1